# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John Richards | | CHAPTER 13 |
| | Debtor | |
| Nationstar Mortgage LLC | | |
| | Movant | |
| vs. | | NO. 12-18355 SR |
| John Richards | | |
| | Debtor | |
| Frederick L. Reigle, Esq. | | |
| | Trustee | |

## ORDER

AND NOW, this _____ day of _____, 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is GRANTED, and Movant's approval of the Loan Modification Agreement executed on March 29, 2017, and the execution of said agreement, and any recordation of the agreement in the County land records, do not violate the automatic stay, 11 U.S.C. § 362(a), or the provisions of 11 USC § 549.

*[signature]*

**Stephen Raslavich,** United States Bankruptcy Judge

**Date: May 24, 2017**

cc: See attached service list

John Richards
106 Maron Road
Hatfield, PA 19440

Michael A. Cataldo Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532