United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 12-18355-sr
John Richards                                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1              Date Rcvd: May 24, 2017
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db              +John Richards,   106 Maron Road,   Hatfield, PA 19440-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
          ANDREW SPIVACK    on behalf of Creditor   BANK OF AMERICA, N.A,A SERVICER FOR THE MORTGAGEE OF
           RECORD paeb@fedphe.com
          D. TROY SELLARS    on behalf of Creditor   BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor John  Richards ecf@ccpclaw.com,  igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor John  Richards ecf@ccpclaw.com,  igotnotices@ccpclaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John Richards

                    Debtor            |          CHAPTER 13

Nationstar Mortgage LLC

                    Movant

          vs.                            NO. 12-18355 SR

John Richards

                    Debtor

Frederick L. Reigle, Esq.

                    Trustee

### <u>ORDER</u>

AND NOW, this        day of          , 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is GRANTED, and Movant's approval of the Loan Modification Agreement executed on March 29, 2017, and the execution of said agreement, and any recordation of the agreement in the County land records, do not violate the automatic stay, 11 U.S.C. § 362(a), or the provisions of 11 USC § 549.

_____

**Stephen Raslavich,** United States Bankruptcy Judge

cc: See attached service list

**Date: May 24, 2017**

John Richards
106 Maron Road
Hatfield, PA 19440

Michael A. Cataldo Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532