IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
    John Richards,                         : Bankruptcy No. 12-18355-JKF
                     Debtor(s)          : Chapter 13

## **PRAECIPE**

Please withdraw Document # 48, Notice of Final Cure Payment. The wrong PDF was attached to the filing.

                                        Respectfully submitted,

Date: October 11, 2017              */s/ Polly A. Langdon*
                                          Polly A. Langdon
                                          Attorney for
                                          Frederick L. Reigle, Esq.
                                          Chapter 13 Standing Trustee