United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-18355-jkf
John Richards                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina           Page 1 of 2              Date Rcvd: Nov 27, 2017
                            Form ID: 138NEW           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db          +John Richards,   106 Maron Road,   Hatfield, PA 19440-1133
cr          +NATIONSTAR MORTGAGE, LLC., DBA, CHAMPION MORTGAGE,    PO Box 630267,   Irving, TX 75063-0116
12849235     BANK OF AMERICA,   450 AMERICAN ST,   SIMI VALLEY CA 93065-6285
12882647    +Bank of America NA,   c/o Joseph P. Schalk, Esq.,    Phelan Hallinan & Schmieg LLP,
              1617 JKF Blvd., Ste. 1400,   One Penn Ctr. Plaza,   Phila., PA 19103-1823
12932956    +Bank of America NA,   c/o D. Troy Sellars,   Phelan Hallinan LLP,   1617 JFK Blvd., Ste. 1400,
              One Penn Ctr. Plaza,   Phila., PA 19103-1823
12932287    +Bank of America, N.A.,   7105 Corporate Drive,   Plano, TX 75024-4100
12939111     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12849239     Citi,   PO box 6500,   Sioux Falls SD 57117-6500
12849241    +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
12849242    +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13509569   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage LLC.,    PO Box 619096,   Dallas, TX 75261-9741)
12849246     PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,    P.O. Box 280946,
              Harrisburg, PA 17120-0946
12849248    +PPL,   2 North 9th Street,   Allentown, PA 18101-1179
12974953    +PPL Electric Utilities,   827 Hausman Rd.,   Allentown, PA 18104-9392
12849249    +Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
12849250    +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
              Chicago, IL 60661-3631
12849251    +Verizon Wireless Bankruptcy Department,   PO Box 3397,   Bloomington IL 61702-3397
12992684     eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Nov 28 2017 01:02:02     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2017 01:01:45
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 28 2017 01:01:57     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2017 00:57:45     Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
12872406     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2017 01:04:21
              American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
              Oklahoma City, OK  73126-8941
12849236    +E-mail/Text: notices@burt-law.com Nov 28 2017 01:02:08     Burton Neil and Associates,
              1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5600
12849240     E-mail/Text: bankruptcy@phila.gov Nov 28 2017 01:02:02     City of Philadelphia,
              Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
12849237    +E-mail/Text: ecf@ccpclaw.com Nov 28 2017 01:01:34     Cibik and Cataldo, P.C.,
              225 S. 15th Street,   Suite 1635,   Philadelphia, PA 19102,   ccpc@ccpclaw.com 19102-3825
12849238    +E-mail/Text: ecf@ccpclaw.com Nov 28 2017 01:01:34     Cibik and Cataldo, P.C.,
              1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
12849243     E-mail/Text: cio.bncmail@irs.gov Nov 28 2017 01:01:36     I.R.S.,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
12849244     E-mail/Text: bnckohlsnotices@becket-lee.com Nov 28 2017 01:01:35     Kohls,   PO Box 2983,
              Milwaukee WI 53201-2983
12849245    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2017 01:01:49     Midland Credit Management,
              8875 Aero Drive,   San Diego CA 92123-2255
12849247     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 01:04:11
              Portfolio Recovery,   120 Corporate Blvd. Suite 1,   Norfolk VA 23502-4962
12970896     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 01:16:57
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
12850661    +E-mail/Text: bankruptcy@cavps.com Nov 28 2017 01:01:56     Precision Recovery Analytics, Inc,
              c/o Cavalry Advisory Services,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13464526     E-mail/PDF: rmscedi@recoverycorp.com Nov 28 2017 01:03:54
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12895346    +E-mail/Text: bncmail@w-legal.com Nov 28 2017 01:01:53     TARGET NATIONAL BANK,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:   NATIONSTAR MORTGAGE LLC,   PO Box 619096,   Dallas, TX  75261-9741)
13074537*  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage, LLC,   350 Highland Drive,
              Lewisville, TX 75067)
                                                                                   TOTALS: 0, * 2, ## 0

```
District/off: 0313-2          User: Christina            Page 2 of 2              Date Rcvd: Nov 27, 2017
                              Form ID: 138NEW            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:

```
          ANDREW  SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A,A SERVICER FOR THE MORTGAGEE OF
           RECORD paeb@fedphe.com
          D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor John  Richards ecf@ccpclaw.com,  igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor John  Richards ecf@ccpclaw.com,  igotnotices@ccpclaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John Richards

    Debtor(s)

Bankruptcy No: 12−18355−jkf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/27/17

54 – 53
Form 138_new