United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-18355-jkf
John Richards                                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1          Date Rcvd: Jan 24, 2018
                             Form ID: 195              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
db            +John Richards,   106 Maron Road,   Hatfield, PA 19440-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
          ANDREW SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A,A SERVICER FOR THE MORTGAGEE OF
          RECORD paeb@fedphe.com
          D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor John  Richards ecf@ccpclaw.com,
          cataldomr70146@notify.bestcase.com
          MICHAEL A. CIBIK2    on behalf of Debtor John  Richards ecf@ccpclaw.com,
          cibikmr70146@notify.bestcase.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA


In re:                                             : Chapter 13


John Richards                                      : Case No. 12−18355−jkf

      Debtor(s)


### ORDER
_____


AND NOW, this day , January 24, 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court